No. D–245.   IN RE DISBARMENT OF PRESSMAN.   It is ordered that Robert M. Pressman, of Philadelphia, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–246.   IN RE DISBARMENT OF KAHN.   It is ordered that Richard Stephen Kahn, of Essex, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–247.   IN RE DISBARMENT OF COSTELLO.   It is ordered that Thomas M. Costello, Sr., of Southfield, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–248.   IN RE DISBARMENT OF HOLOBER.   It is ordered that Dennis Holober, of Miami, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 80–1285.   BROWN v. HARTLAGE.   Ct. App. Ky. [Certiorari granted, 450 U. S. 1029.]   L. Stanley Chauvin, Jr., Esquire, of Louisville, Ky., a member of the Bar of this Court, is invited to brief and argue this case as *amicus curiae* in support of the judgment below.

No. 80–1417.   MILLS ET AL. v. ROGERS ET AL.   C. A. 1st Cir.   [Certiorari granted *sub nom. Okin* v. *Rogers*, 451 U. S. 906.]   Motion of respondents to dismiss the writ of certiorari or in the alternative to certify certain questions to the Supreme Judicial Court of Massachusetts denied.